UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| PHILLIP J. LYONS, | ) | |
| | ) | |
| Petitioner, | ) | 2:10-cv-01342-RLH-LRL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BRIAN WILLIAMS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

By order filed August 11, 2010, the Court denied petitioner's application to proceed *in forma pauperis*, and directed him to pay the $5.00 filing fee for this action, within 30 days. (Docket #2). Petitioner was advised that this action would be dismissed unless he complied with the Court's order. (*Id.*). The order of August 11, 2010, was apparently delivered to petitioner; it was not returned undelivered. Petitioner has not responded to the order. More than the allotted time has elapsed and petitioner has not complied with the Court's order. Therefore, petitioner's action shall be dismissed without prejudice.

**IT IS THEREFORE ORDERED** that the Clerk shall **FILE** and docket the petition (received August 9, 2010).

1    **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT**
2 **PREJUDICE** for petitioner's failure to obey this Court's order of August 11, 2010. The Clerk shall
3 **ENTER JUDGMENT** accordingly.
4    DATED this ___28TH___ day of _____October_____, 2010.

_____
ROGER L. HUNT
Chief United States District Judge