CATHERINE CORTEZ MASTO
Attorney General
ROBERT E. WIELAND
Senior Deputy Attorney General
Nevada Bar No. 890
Appellate Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1265

*Attorneys for Respondents*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP J. LYONS,<br><br>    Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>    Respondents. | Case No. 2:10-CV-1342-RLH-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by and between Petitioner, Phillip J. Lyons, *pro se,* and Respondents Brian Williams and the Attorney General of the State of Nevada, by and through their counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Robert E. Wieland, Senior Deputy Attorney General, that Petitioner's Petition for Writ of Habeas Corpus, be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as the parties have reached a settlement.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1     Each party shall bear their own attorney's fees and costs.

3 PHILLIP J. LYONS
Petitioner

6 By: _____  Date: 10-23-12
    PHILLIP J. LYONS
7     Pro Se

9 CATHERINE CORTEZ MASTO
Attorney General

12 By: _____  Date: 11/14/12
    ROBERT E. WIELAND
13 Senior Deputy Attorney General
Nevada Bar No. 890
14 Appellate Division
100 N. Carson Street
15 Carson City, Nevada 89701-4717
Tel: (775) 684-1265

17 *Attorneys for Respondents*

**ORDER FOR DISMISSAL WITH PREJUDICE**

Having considered the preceding **STIPULATION FOR DISMISSAL WITH PREJUDICE,** as agreed to by the parties hereinabove, good cause having been shown,

IT IS HEREBY ORDERED that this case be dismissed with prejudice.

Dated this 14th day of November, 2012.

_Roger L. Hunt_
UNITED STATES DISTRICT JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717