1  CATHERINE CORTEZ MASTO
   Attorney General
2  ROBERT E. WIELAND
   Senior Deputy Attorney General
3  Nevada Bar No. 890
   Appellate Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1265

6  *Attorneys for Respondents*

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10 PHILLIP J. LYONS,

11         Petitioner,                    Case No. 2:10-CV-1342-RLH-VCF

12 vs.                                    **STIPULATION AND ORDER FOR**
                                          **DISMISSAL WITH PREJUDICE**
13
   BRIAN WILLIAMS, *et al.*,
14
           Respondents.
15

16

17         It is stipulated and agreed by and between Petitioner, Phillip J. Lyons, *pro se,* and

18 Respondents Brian Williams and the Attorney General of the State of Nevada, by and through

19 their counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Robert

20 E. Wieland, Senior Deputy Attorney General, that Petitioner's Petition for Writ of Habeas

21 Corpus, be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as the parties

22 have reached a settlement.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Each party shall bear their own attorney's fees and costs.

PHILLIP J. LYONS
Petitioner

By: _____  Date: 10-23-12
    PHILLIP J. LYONS
    *Pro Se*

CATHERINE CORTEZ MASTO
Attorney General

By: _____  Date: 11/14/12
    ROBERT E. WIELAND
    Senior Deputy Attorney General
    Nevada Bar No. 890
    Appellate Division
    100 N. Carson Street
    Carson City, Nevada 89701-4717
    Tel: (775) 684-1265

*Attorneys for Respondents*

**ORDER FOR DISMISSAL WITH PREJUDICE**

Having considered the preceding **STIPULATION FOR DISMISSAL WITH PREJUDICE,** as agreed to by the parties hereinabove, good cause having been shown,

IT IS HEREBY ORDERED that this case be dismissed with prejudice.

Dated this 14th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717